IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| NICOLE SWANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:11CV103–HEH |
| | ) |
| MOM'S SIAM, INC., a Virginia Corporation, | ) |
| | ) |
| Defendant. | ) |

## FINAL ORDER

THIS MATTER is before the Court on a Joint Notice of Dismissal with Prejudice filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). It appearing appropriate to do so, it is ORDERED that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                               /s/
                                         Henry E. Hudson
                                         United States District Judge

Date: June 20, 2011
Richmond, VA